HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Ave., 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Vincent Levy*
*(646) 837-5120*
*vlevy@hsgllp.com*

September 25, 2026

**VIA ECF**
Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Re: *National Electronic Attachment, Inc. v. Henry Schein One, LLC.*, No. 26-2085**

Dear Ms. Anowi:

On behalf of Plaintiff-Appellant National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne"), the undersigned counsel respectfully submits this letter to notify the Court of the district court's order dated September 24, 2026 and entered today on that court's docket, whereby the district court extended the administrative stay of the preliminary injunction "until the U.S. Court of Appeals for the Fourth Circuit issues a decision on the motion for stay pending appeal." Dist. Ct. Dkt. 237. A copy of the district court's order is attached as **Exhibit A** to this letter. In light of this order, Vyne withdraws its request for an administrative stay pending the Court's consideration of its motion for a stay pending appeal, but maintains its motion for a stay pending appeal.

Respectfully submitted,

*/s/ Vincent Levy*
Vincent Levy