FILED: October 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-2085 (L)
(1:25-cv-03246-MJM)

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a Vyne Dental

Plaintiff - Appellant

v.

HENRY SCHEIN ONE, LLC

Defendant - Appellee

O R D E R

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers VII-IX under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk