# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-2085 (L) National Electronic Attachment, Inc. v. Henry Schein One, LLC 1:25-cv-03246-MJM

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☒ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

In Philips Medical Systems Nederland B.V. v. TEC Holdings, Inc., Nos. 26-1611 and 26-1679, pending in this Court, the defendants challenge a judgment holding them liable under the Computer Fraud and Abuse Act. The district court held that bypassing a software developer's technical access controls on third-party owned computers violated the CFAA. See 2023 WL 2064201, at *15–16 (W.D.N.C. Feb. 16, 2023).

These appeals raise a similar authorization issue: whether bypassing technical measures on protected computers owned by a third party violates the CFAA.

Signature: */s/ Michael Burshteyn* Counsel for: Henry Schein One, LLC

Date: 10/29/26

**File using event:** RESPONSE/ANSWER (to Similar Case notice)